UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

Case No. 16-54594-PJS
Chapter 13
HON. Phillip J. Shefferly

          Debtors.
_____/

## STIPULATION TO MODIFY CHAPTER 13 PLAN

This matter having come for consideration based upon the agreement of the Debtors and the Trustee to modify a Chapter 13 Plan, that the modification is required so that the plan can complete timely; and the Court having found that the proposed amendment is in accordance with law, and notice not being required as modification does not adversely affect creditors;

IT IS HEREBY STIPULATED that this Court's previous Order Approving Chapter 13 Post-Confirmation Plan Modification entered and dated 4/24/2018 shall be amended in the following fashion:

1.     To increase Debtor's plan payment to $1,390.77 monthly, effective 8/1/2018.

IT IS FURTHER STIPULATED that in all other respects the Order Confirming Plan referred to above shall remain in full force and effect.

Approved:

| | |
|---|---|
| /s/ Krispen S. Carroll | /s/ Charles J. Schneider |
| Krispen S. Carroll (P49817) | CHARLES J. SCHNEIDER (P27598) |
| Chapter 13 Trustee | NICHOLAS D. CHAMBERS (P72084) |
| 719 Griswold Street 1100 Chrysler House | MARY BETH WIMBERLEY (P82137) |
| Detroit MI 48226-3314 | Attorney for Debtor(s) |
| | 39319 Plymouth Rd., Ste. 1 |
| | Livonia, MI 48150 |
| | (734) 591-4890 |
| | notices@cschneiderlaw.com |

\\2008-sbs\Data\LNTPA Files\Case\stip ord modify pln\ Freeman Garvin Kathryn.WPD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

Case No. 16-54594-PJS
Chapter 13
HON. Phillip J. Shefferly

        Debtor.
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come for consideration based upon the agreement of the Debtor and the Trustee to modify a Chapter 13 Plan, that modification of the plan is required so that the plan can complete timely; and the Court having found that the proposed amendment is in accordance with law, and notice not being required as modification does not adversely affect creditors;

IT IS HEREBY ORDERED that this Court's previous Order Approving Chapter 13 Post-Confirmation Plan Modification entered and dated 4/24/2018 shall be amended in the following fashion:

To increase Debtor's plan payment to $1,390.77 monthly, effective 8/1/2018.

IT IS FURTHER ORDERED that in all other respects the Order Confirming Plan referred to above shall remain in full force and effect.

Exhibit 1