UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

                                                  Case No. 16-54594-PJS
                                                  Chapter 13
                                                  HON. Phillip J. Shefferly

                Debtors.
_____/

**STIPULATION FOR ENTRY OF ORDER AWARDING AND APPROVING
PAYMENT OF POST-CONFIRMATION ATTORNEY FEE APPLICATION AS AN
ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO
E.D. Mich. LBR 9014-1 AND 2016-1(a) FROM 01/15/2017 THROUGH 06/22/2018**

      This matter having come before the Court upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions E.D. Mich LBR 2016-1 having been met, objections having been received, and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY STIPULATED:**

1.    The Court previously approved fees and expenses for
        prior counsel The Gantz Law Firm in the amount of :      $3,500.00

        The Court grants applicant's current fee application as follows:

        This award for Fees:          $5,353.50
        This award for Costs:         $82.18

        Total this award:                                            $ 5,435.68

        Amount of this award paid directly by Debtor:        $0.00

        **Amount of this award to be paid by Trustee:**        **$5,435.68**

2.    This award covers services rendered and expenses incurred from 01/15/2017 through 06/22/2018.

3. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) upon dismissal of this case.

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
719 Griswold Street 1100 Chrysler House
Detroit MI 48226-3314

/s/ Charles J. Schneider
CHARLES J. SCHNEIDER (P27598)
NICHOLAS D. CHAMBERS (P72084)
MARY BETH WIMBERLEY (P82137)
Attorney for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

\\2008-sbs\Data\LNTPA Files\Case\stip ord modify pln\ Freeman Garvin Kathryn stip and order for post conf fees.WPD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

                            Case No. 16-54594-PJS
                            Chapter 13
                            HON. Phillip J. Shefferly

            Debtor.
_____/

**STIPULATED ORDER AWARDING AND APPROVING
PAYMENT OF POST-CONFIRMATION ATTORNEY FEE APPLICATION AS AN
ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO
E.D. Mich. LBR 9014-1 AND 2016-1(a) FROM 01/15/2017 THROUGH 06/22/2018**

      This matter having come on to be heard upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 9014-1 and 2016-1 having been met, and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED:**

1.     The Court previously approved fees and expenses for
prior counsel The Gantz Law Firm in the amount of :     $3,500.00

The Court grants applicant's current fee application as follows:

| | |
|---|---|
| This award for Fees: | $5,353.50 |
| This award for Costs: | $82.18 |
| Total this award: | $ 5,435.68 |
| Amount of this award paid directly by Debtor: | $0.00 |
| **Amount of this award to be paid by Trustee:** | **$5,435.68** |

2.     This award covers services rendered and expenses incurred from <u>01/15/2017</u> through <u>06/22/2018.</u>

3.     To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

Exhibit 1