# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

                                     Case No. 16-54594-PJS
                                     Chapter 13
                                     HON. Phillip J. Shefferly

            Debtor.
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

This matter having come for consideration based upon the agreement of the Debtor and the Trustee to modify a Chapter 13 Plan, that modification of the plan is required so that the plan can complete timely; and the Court having found that the proposed amendment is in accordance with law, and notice not being required as modification does not adversely affect creditors;

IT IS HEREBY ORDERED that this Court's previous Order Approving Chapter 13 Post-Confirmation Plan Modification entered and dated 4/24/2018 shall be amended in the following fashion:

To increase Debtor's plan payment to $1,390.77 monthly, effective 8/1/2018.

IT IS FURTHER ORDERED that in all other respects the Order Confirming Plan referred to above shall remain in full force and effect.

**Signed on August 06, 2018**



/s/ Phillip J. Shefferly
_____
Phillip J. Shefferly
United States Bankruptcy Judge