**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

Garvin D. Freeman
Kathryn S. Barbour Freeman

                                     Case No. 16-54594-PJS
                                     Chapter 13
                                     HON. Phillip J. Shefferly

                    Debtor(s).
_____/

## MOTION FOR CIVIL CONTEMPT FOR DISOBEDIENCE OF THIS COURT'S ORDER DATED SEPTEMBER 10, 2018 COMPELLING ADAM J. GANTZ TO DISGORGE ATTORNEY FEES

NOW COMES Garvin D. Freeman and Kathryn S. Barbour Freeman, Debtors herein, by and through their attorneys, CHARLES J. SCHNEIDER, P.C., and moves this Honorable to cite Debtors' former attorney Adam J. Gantz (hereinafter referred to as "Gantz") for his civil contempt for disobedience of this Court's Order dated September 10, 2018 compelling Gantz to Disgorge Attorney fees as follows:

1.    Debtors filed the above-captioned Chapter 13 case on October 26, 2016.

2.    This Court has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns property of the Debtor, pursuant to 28 U.S.C. § 1334.

3.    This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(E).

4.    Venue is proper pursuant to 28 U.S.C. §1409(b).

5.    Gantz is the former attorney of record in the within bankruptcy case who commenced the chapter 13 case to save the Debtors' home from an imminent foreclosure.

6.    On February 26, 2018, Debtors sought new representation in the within case and the undersigned attorney filed his substitution with the Court as attorney of record.

7.    Subsequently, on April 16, 2018 Debtors, through their successor counsel Charles J. Schneider P.C., filed a motion with the Court seeking disgorgement of attorney fees and for damages

1

relating to Gantz's failure to file a protective claim regarding Stonecrest Financial. (See Debtors' Motion For Disgorgement, Docket #36)

8. After Court Ordered Mediation, the Court issued its Opinion Granting In Part And Denying In Part Motion For An Award of Damages and Disgorgement Of Attorney Fees. (See Docket # 66, Opinion entered on Sept. 10, 2018. )

9. The Court also issued an Order Granting In Part And Denying In Part Motion For An Award of Damages and Disgorgement Of Attorney Fees. (See Docket # 67, Order entered on September 10, 2018, hereinafter referred to as the "Order." )

10. In pertinent part, the Order requires Gantz to promptly disgorge fees as follows:

> **IT IS FURTHER ORDERED that Gantz must disgorge $3,500.00 of attorney fees. Gantz must promptly pay the disgorged fees to the Debtors, c/o their attorney Charles J. Schneider, 39319 Plymouth Road, Ste 1, Livonia, MI 48150.**

11. On October 12, 2018, fully one month after entry of the Court's Order directing prompt disgorgement of fees and after receiving no contact or payment from former counsel, the undersigned counsel contacted Gantz requesting compliance with the Order.

12. On October 12, 2018, Gantz responded via email that payment would be tendered.

13. Subsequent to the October 12, 2018 correspondences between the parties, there has been additional correspondences about the compliance with the Court's September 10th, Order as well as a filing of a prior Motion seeking an Order for Civil Contempt. However, Debtors' prior motion was withdrawn as Gantz's remitting a payment.

13. Gantz's first and last payment was tendered on or before November 15th 2018, Charles J. Schneider P.C. received a check and letter dated November 12th, 2018 comprising a partial payment of $550.00 toward the required disgorgement of fees.

14. Gantz's intent to disobey this Court's requirement of prompt payment became apparent by Gantz's election to set up and take part in an unapproved payment plan wherein Gantz alone could elect to send monies in an unspecified amount over an unspecified period of time to satisfy this

2

Court's Ordered obligation.

15.	At the current rate of payment; an average of $183.33 per month, the Court Ordered prompt disgorgement of fees would take in excess of nineteen (19).

16.	As of the date of the within Motion, Gantz has failed to tender the required prompt payment pursuant to the Order of the Court and has caused and will cause Debtors to incur additional fees and costs associated with the enforcement of the Court's September 10, 2018 Order.

17.	Pursuant to LBR 9014-1(g), concurrence was sought on 12/19/2018 and no concurrence was received.

WHEREFORE, Debtors pray as follows:

A.	That this Court find Gantz in civil contempt pursuant to 11 U.S.C. § 105 for disobeying this Court's Order requiring Gantz to promptly disgorge attorney fees in the amount of $3,500.00 dated September 10, 2018.

B.	That this Court Order Gantz to immediately purge himself of his contempt and to disgorge attorney fees in the amount of $2,950.00 through the office of Debtors' counsel plus any costs.

C.	That this Court order Gantz to pay Debtors through the office of Debtors' counsel costs and attorney fees to be determined from a Bill of Costs to be filed by the Debtors in payment for bringing the within motion pursuant to 11 U.S.C. § 105.

D.	That this Court order Gantz to pay Debtors through the office of Debtors' counsel the sum of $2,000.00 as punitive damages for having to bring this motion pursuant to 11 U.S.C. § 105.

/s/ Charles J. Schneider
CHARLES J. SCHNEIDER, P.C.
CHARLES J. SCHNEIDER (P27598)
NICHOLAS D. CHAMBERS (P72084)
MARY BETH WIMBERLEY (P82137)
Attorneys for Debtor
39319 Plymouth Road, Suite 1
Livonia MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: December 28, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Garvin D. Freeman
    Kathryn S. Barbour-Freeman

Case No. 16-54594-PJS
Chapter 13
HON. Phillip J. Shefferly

Debtor(s).
_____/

## ORDER FINDING ADAM J. GANTZ IN
## CIVIL CONTEMPT FOR DISOBEDIENCE OF THIS COURT'S
## ORDER DATED SEPTEMBER 10, 2018 COMPELLING ADAM J. GANTZ TO
## DISGORGE ATTORNEY FEES

This matter having come on to be heard upon the Debtors' Motion to find Adam J. Gantz in civil contempt for disobedience of this Court's Order dated September 10, 2018 compelling Adam J. Gantz to Disgorge Attorney fees; pursuant to L.B.R. 9014-1 (E.D.M.), a Certification of Non-Response having been filed, due notice having been thus given, and the Court being fully advised in the premises:

NOW THEREFORE:

IT IS HEREBY ORDERED that this Court finds Adam J. Gantz in civil contempt pursuant to 11 U.S.C. § 105 for disobeying this Court's Order requiring Adam J. Gantz to disgorge attorney fees in the amount of $3,500.00 dated September 10, 2018.

IT IS FURTHER ORDERED that Adam J. Gantz shall immediately purge himself of his contempt and to disgorge attorney fees in the amount of $2,950.00 immediately through the office of Debtors' counsel.

IT IS FURTHER ORDERED that Adam J. Gantz shall pay Debtors through the office of Debtors' counsel costs and attorney fees to be determined from a Bill of Costs to be filed by the Debtors in payment for bringing the within motion pursuant to 11 U.S.C. § 105.

1

IT IS FURTHER ORDERED that Adam J. Gantz shall pay Debtor through the office of Debtor's counsel the sum of $2,000.00 as punitive damages for having to bring this motion pursuant to 11 U.S.C. § 105.

EXHIBIT 1

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Garvin D. Freeman
    Kathryn S. Barbour Freeman

                                           Case No. 16-54594-PJS
                                           Chapter 13
                                           HON. Phillip J. Shefferly

                Debtors.
_____/

## NOTICE OF MOTION FOR CIVIL CONTEMPT
## FOR DISOBEDIENCE OF THIS COURT'S
## ORDER DATED SEPTEMBER 10, 2018 COMPELLING ADAM J. GANTZ
## TO DISGORGE ATTORNEY FEES

      Garvin D. Freeman and Kathryn S. Barbour Freeman , Debtors herein, by and through their attorney, CHARLES J. SCHNEIDER, have filed papers with the court to find Adam J. Gantz in civil contempt for disobedience of this Court's Order dated September 10, 2018.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**
      If you do not want the court to grant the motion to incur post petition debt, or if you want the court to consider your views on the motion, within FOURTEEN (14) days from the date of service of this motion, you or your attorney must:

      1.      File a written response or an answer explaining your position with[1]:
United States Bankruptcy Court 211 West Fort Street, Suite 2100 Detroit, MI 48226

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the **FOURTEENTH (14th)** day from the date of service of this motion.

      You must also send a copy to:

| Charles J. Schneider | Krispen S. Carroll (P49817) |
|---|---|
| Attorney for Debtor(s) | Chapter 13 Trustee |
| 39319 Plymouth Rd., Suite 1 | 719 Griswold Street, 1100 Chrysler House |
| Livonia, MI 48150 | Detroit, MI 48226-3314 |

      2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

1

/s/ Charles J. Schneider  
CHARLES J. SCHNEIDER (P27598)  
NICHOLAS D. CHAMBERS (P72084)  
MARY BETH WIMBERLY (P82137)  
Attorney for Debtor(s)  
39319 Plymouth Rd., Ste. 1  
Livonia, MI 48150  
(734) 591-4890  
notices@cschneiderlaw.com  

Dated: December 28, 2018

EXHIBIT 2

2

IN RE:

    Garvin D. Freeman
    Kathryn S. Barbour Freeman

                                        Case No. 16-54594-PJS
                                        Chapter 13
                                        HON. Phillip J. Shefferly

            Debtor(s).
_____/

**PROOF OF SERVICE**

      Kelly A. Murphy, certifies that she is employed by the Law Office of Charles J. Schneider and that on December 28, 2018, she served a copy of MOTION FOR CIVIL CONTEMPT FOR DISOBEDIENCE OF THIS COURT'S ORDER DATED SEPTEMBER 10, 2018 COMPELLING THE ADAM J. GANTZ TO DISGORGE ATTORNEY FEES, NOTICE OF MOTION FOR CIVIL CONTEMPT FOR DISOBEDIENCE OF THIS COURT'S ORDER DATED SEPTEMBER 10, 2018 COMPELLING ADAM J. GANTZ TO DISGORGE ATTORNEY FEES and PROPOSED ORDER to:

| | |
|---|---|
| U.S. Trustee<br>211 West Fort Street, Room 700<br>Detroit, MI 48226 | Krispen S. Carroll<br>719 Griswold Ste 1100<br>Detroit MI 48226 |

Adam J. Gantz
The Gantz Law Firm
30903 Northwestern Hwy., Ste 270
Farmington Hills, MI 48334

Garvin D. Freeman
Kathryn S. Barbour Freeman
1515 McCarthy St
Ypsilanti, MI 48198

Electronically pursuant to the court notice of service and to those not electronically registered, by electronic mail, and by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                              /s/ Kelly A. Murphy
                                              Kelly A. Murphy
                                              CHARLES J. SCHNEIDER, P.C.
                                              39319 Plymouth Rd., Ste. 1
                                              Livonia, MI 48150
                                              (734) 591-4890
                                              notices@cschneiderlaw.com

                                              EXHIBIT 4

                                                                          1